IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02160-LTB

DARRICK LOVE,

    Petitioner,

v.

TOM CLEMENTS, Executive Director, CDOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order on Application for Writ of Habeas Corpus entered by the Honorable Lewis T. Babcock on October 9, 2014, incorporated herein by reference, it is

ORDERED that the Application, ECF No. 1 is DENIED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Respondents, Tom Clements and The Attorney General of the State of Colorado and against Petitioner, Darrick Love.  It is

FURTHER ORDERED that this civil action is DISMISSED WITH PREJUDICE.  It is

FURTHER ORDERED that the issuance of a Certificate of Appealability pursuant to 28 U.S.C. § 2253(a) is denied.  It is

FURTHER ORDERED that it is certified pursuant to 28 U.S.C. § 1915(a)(3) any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal.

2

DATED at Denver, Colorado this  10th  day of October, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By: s/E. Seamon
E. Seamon, Deputy Clerk